(June 17, 1991)

■ ABSTRACT ENTERPRISES, INC., Appellant, v SAMSOL HOMES, INC., et al., Respondents, et al., Defendant.—Appeal by the plaintiff from an order of the Supreme Court, Kings County (Shaw, J.), dated November 13, 1989.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Shaw at the Supreme Court. Rosenblatt, J. P., Miller, O'Brien and Ritter, JJ., concur.